HOWARD N. BAILEY, Respondent, *v.* SIMON EPSTEIN et al.,
Appellants.

OTTO DENECKE, Respondent, *v.* SIMON EPSTEIN et al.,
Appellants.

HENRY GREENBERG, Respondent, *v.* SIMON EPSTEIN et al.,
Appellants.

EMELIA SCHLOSS et al., Respondents, *v.* SIMON EPSTEIN et al.,
Appellants.

(Argued May 1, 1891; decided June 2, 1891.)

APPEALS from judgments of the General Term of the
Superior Court of the city of New York, entered upon orders
made January 7, 1891, which affirmed judgments in favor of
plaintiffs entered upon reports of a referee.

*E. Countryman* for appellants.

*Abram Kling* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.